**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00662-CV
### No. 05-20-00689-CV

## IN RE RODNEY DEAN BETHANY, Relator

### Original Proceeding from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. W04-00122-W(C) & W04-00123-W(C)

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's July 7, 2020 notice of petition for writ of mandamus and July 20, 2020 petition for writ of mandamus.

/s/    KEN MOLBERG
       JUSTICE